**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| RONALD EARL WILLIAMS | CIVIL ACTION NO. 16-0302 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| 1ST JUDICIAL DISTRICT, ET AL. | MAGISTRATE JUDGE KAREN HAYES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 6th day of December, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT